FILED
CLERK, U.S. DISTRICT COURT
MAY 21, 2024
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_\_AF\_\_\_\_\_ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EVERARDO GARCIA,<br><br>Defendant. | Case No. CR 19-405-JFW<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

I.

On May 21, 2024. Defendant Everardo Garcia made his initial appearance on the petition for revocation of supervised release and warrant for arrest issued on October 16, 2023. Deputy Federal Public Defender, ("DFPD"), Adithya Mani, specially appeared for DFPD James Threatt who was appointed to represent Defendant. The government was represented by Assistant U.S. Attorney Matt Coe-Odess. Defendant submitted on the recommendation of detention in the report prepared by Probation and Pretrial Services.

## II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A.  ☒  Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

> ☒ the petition alleges that Defendant failed to comply with supervised release conditions by failing to report for mental health counseling treatment as directed, failing to report a change in residence, and failing to report to his probation officer as directed, and that his whereabouts were unknown.
>
> ☒ unverified bail resources

B.  ☒  Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

> ☒ allegations in the petition (see above);
> ☒ criminal history

### III

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: May 21, 2024

/s/
_____
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE
